UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERRY BROOKS, et al.,

    Plaintiffs,

v.

    Case No. 2:21-cv-19

    Hon. Hala Y. Jarbou

HEIDI WASHINGTON, et al.,

    Defendants.

## ORDER

In accordance with the Opinion entered this date:

**IT IS ORDERED** that the Report and Recommendation ("R&R," ECF No. 64) is **REJECTED**.

**IT IS FURTHER ORDERED** that Defendants' motion for extension of time (ECF No. 65) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (ECF Nos. 51 and 55) are **GRANTED**.

Dated: April 1, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE